IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PATRICIA EASTMAN
and OMAR A. MOHAMUD,

   Plaintiffs,

v.

KYLE NONDORF,

   Defendant.

ORDER

Case No. 23-cv-438-jdp

---

Plaintiffs Patricia Eastman Omar A. Mohamud have filed a proposed civil complaint. Plaintiffs seeks to commence this lawsuit without prepaying the filing fee pursuant to 28 U.S.C. § 1915 and has filed an affidavit of indigency in support of the request.

The court has considered plaintiffs' income, assets, obligations, and dependents set forth in the affidavit of indigency, and finds that plaintiffs' financial situation does not warrant a determination of indigency. Accordingly, plaintiffs must prepay the $402 fee[1] for commencing this action.

ORDER

IT IS ORDERED that plaintiffs Patricia Eastman Omar A. Mohamud's petition for leave to proceed without prepayment of the filing fee is DENIED. Plaintiffs must pay the $402 fee no later than July 21, 2023. If plaintiff fails to do so, this action may be dismissed without prejudice to plaintiff filing the case at a later date.

Entered this 29th day of June, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2020, the total fee for filing a civil action is $402 (the $350 statutory fee plus the $52 miscellaneous administrative fee).